USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

            Plaintiff,

   - against -

JOHN L. MILLING,

           Defendant.
------------------------------------x

03 Civ. 5490(SAS)(DFE)

(This is not an ECF case)

MEMORANDUM AND ORDER

DOUGLAS F. EATON, United States Magistrate Judge.

    On April 14, 2009, I held a settlement conference with the parties. Mr. Milling has provided some, but by no means all, of the financial information requested by the Commission. Therefore my conference was not fruitful.

    At the conference, Mr. Milling stated that he would produce all of the requested financial information to the Commission by May 1, 2009. I directed him to do so.

    I also directed Mr. Milling to serve the Commission, by May 1, 2009, with complete disclosures pursuant to Rule 26(a)(1), and complete responses to the Commission's Rule 34 requests, and to the Commission's Rule 33 interrogatories, and to the Commission's Rule 36 requests for admissions. I will excuse Mr. Milling from this obligation if, and only if, he signs, on or before May 1, 2009, a bifurcated settlement agreement calling for the prompt entry of a consent decree but deferring the question of any monetary settlement pending further negotiation.

                              */s/ Douglas F. Eaton*
                              DOUGLAS F. EATON
                              United States Magistrate Judge
                              500 Pearl Street, Room 1360
                              New York, New York 10007
                              Telephone: (212) 805-6175
                              Fax: (212) 805-6181fax

Dated:    New York, New York
            April 15, 2009

USDC SDNY DATE SCANNED 4/15/09

Copies of this Memorandum and Order are being sent by fax to:

Nancy A. Brown, Esq. at fax 212-336-1322fax
Linda L. Arnold, Esq.
    Attorneys for Securities and Exchange Commission

Paul Batista, Esq. at fax 212-344-7677fax
    Attorney for Defendant John L. Milling

Hon. Shira A. Scheindlin