UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- X

SECURITIES AND EXCHANGE
COMMISSION,

              Plaintiff,

         - against -

TECUMSEH HOLDINGS CORP.,
TECUMSEH TRADEVEST LLC, S.B.
CANTOR & CO., INC., JOHN L.
MILLING, GERARD A. McCALLION,
ANTHONY M. PALOVCHIK, AND
DALE CARONE,

            Defendants.

------------------------------------------------- X

**ORDER**

**03 Civ. 5490 (SAS)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/23/09

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

       In light of the Securities and Exchange Commission's letter on December 23, 2009, this Court will defer judgment on the Securities and Exchange Commission's claim that defendant John L. Milling aided and abetted a violation of Section 17(a) of the Securities Exchange Act of 1934 until after the close of discovery.

                                  SO ORDERED:

1

Shira A. Scheindlin
U.S.D.J.

Dated:       New York, New York
             December 23, 2009

## - Appearances -

### For the SEC:

Nancy A Brown, Esq.
Securities & Exchange Commission
3 World Financial Center, Room 4300
New York, NY 10281
Tel: (212) 336-1023
Fax: (212) 336-1322

### For Defendant (Pro Se):

John L. Milling, Esq.
Milling Law Offices
115 River Road
Building 12, Suite 1205
Edgewater, NJ 07020
Tel: (201) 869-6900